UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV SA 24-2275-DMG (KSx)** | Date | January 3, 2025 |
|---|---|---|---|
| Title | *Euler Hermes North America Insurance Company v. James Worldwide, Inc.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On November 14, 2024, the Court set a Scheduling Conference. [Doc. # 12.] As required by the Court's November 14 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel had to file a Joint Rule 26(f) Report by December 27, 2024. To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **January 17, 2025,** why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on January 10, 2025 is hereby VACATED and will be rescheduled if necessary.

**IT IS SO ORDERED**.